UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBY EDWARD HOY, individually and on behalf of all others similarly situated,<br><br>  *Plaintiff*,<br><br>vs.<br><br>ANDREWS WHARTON, INC. D/B/A HEALTH ACCESS,<br><br>  *Defendant*. | **Case No. 2:23-cv-0122-GRB-JMW**<br><br>**VOLUNTARY DISMISSAL** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Ross Schmierer
 Ross Schmierer, Esq.
 48 Wall Street, Suite 1100
 New York, NY 10005
 Telephone: (800) 400-6808
 Facsimile: (800) 520-5523
 Email: ross@kazlg.com

*Attorneys for Plaintiff*